IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLASSIFY PERFORMANCE CARS, INC. DBA PERFORMANCE MUSTANGS | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-05-3929 |
| ACCEPTANCE INDEMNITY INSURANCE COMPANY | § § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

On March 16, 2006, the parties consented to proceed before a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(c), for all further proceedings, including trial and entry of final judgment. (Docket Entry #18). On September 13, 2006, the court granted Defendant's motion for summary judgment on all Plaintiff's claims, with prejudice, and its counterclaim for declaratory relief. (Docket Entry # 25). Accordingly, it is ORDERED that this cause is DISMISSED with prejudice. Each party to bear its own costs. This is a FINAL JUDGMENT.

The Clerk of the Court shall enter this final judgment and provide a true copy to all counsel of record.

SIGNED at Houston, Texas, this 13th day of September, 2006.

**MARY MILLOY**
**UNITED STATES MAGISTRATE JUDGE**